**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1870**

---

ASAMNEW G. TZADA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT,

Respondents.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A75-328-115)

---

Submitted: February 27, 2003        Decided: April 24, 2003

---

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Asamnew G. Tzada, Appellant Pro Se.  Emily Anne Radford, Papu
Sandhu, Gregory Darrell Mack, Earle Bronson Wilson, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Asamnew G. Tzada, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming without opinion the immigration judge's order finding Tzada removable and denying his application for asylum and withholding of removal. The Board and immigration judge's determination that Tzada is not eligible for asylum must be upheld unless that determination is "manifestly contrary to law." 8 U.S.C. § 1252(b)(4)(C) (2000). We have reviewed the administrative record and find no error in the Board and immigration judge's conclusion that Tzada failed to establish a well-founded fear of persecution. See 8 U.S.C. § 1101(a)(42)(A) (2000). Accordingly, we deny Tzada's petition for review. We grant the Government's fifth motion for an extension of time to file their brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2